12-11-00252-CR

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

NO. PD-1651-13

CHARLES RAY ROBINSON, Appellant

v.

THE STATE OF TEXAS

FILED IN COURT OF APPEALS
12th Court of Appeals District

APR -7 2014

TYLER TEXAS
CATHY S. LUSK, CLERK

## ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW FROM THE TWELFTH COURT OF APPEALS HENDERSON COUNTY

**PER CURIAM. KEASLER and HERVEY, JJ., dissent.**

### ORDER

The petition for discretionary review violates Rule of Appellate Procedure 68.4(j),

because it does not contain a copy of the opinion of the court of appeals.

The petition is struck. See Rule of Appellate Procedure 68.6.

The petitioner may redraw the petition. The redrawn petition and copies must be

filed in the Court of Criminal Appeals within thirty days after the date of this order.

Filed: April 2, 2014
Do Not Publish